464 P.2d 559

**STATE of New Mexico, Plaintiff-Appellee,**

v.

**Richard Lee LOPEZ, Defendant-Appellant.**

**No. 8992.**

Supreme Court of New Mexico.

Jan. 19, 1970.

Ordered that application for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 332, 81 N.M. 107, 464 P.2d 23, be and the same is hereby returned to the Clerk of the Court of Appeals.

464 P.2d 559

**Tolbert J. LYON, Jr., Plaintiff-Appellant,**

v.

**CATRON COUNTY COMMISSIONERS, Employer, and Security Insurance Group and the St. Paul Insurance Companies, Insurers, Defendants-Appellees.**

**No. 8985.**

Supreme Court of New Mexico.

Jan. 21, 1970.

Ordered that application for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 350, 81 N.M. 120, 464 P.2d 410, be and the same is hereby returned to the Clerk of the Court of Appeals.

464 P.2d 559

**STATE of New Mexico, ex rel. NEW MEXICO STATE RACING COMMISSION and Henry Zarges, Henderson Van Zandt and John Phillips, three of its racing stewards, Petitioners,**

v.

**Honorable Samuel Z. MONTOYA, District Judge, Respondent.**

**No. 8999.**

Supreme Court of New Mexico.

Jan. 26, 1970.

MOISE, Chief Justice, and COMPTON, TACKETT, WATSON and SISK, Justices, concurring.

Ordered that petition for writ of prohibition be and the same is hereby denied.

464 P.2d 559

**Frank LINDSEY, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

**No. 8995.**

Supreme Court of New Mexico.

Jan. 27, 1970.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 352, 81 N.M. 173, 464 P.2d 903, be and the same is hereby returned to the Clerk of the Court of Appeals.